UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| THOMAS WILLARD PLANK,<br><br>*Plaintiff,*<br><br>v.<br><br>SHAW INDUSTRIES, INC.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>) Case No. 1:06-cv-31<br>)<br>)<br>)<br>) |

## **JUDGMENT**

This case came before the Court on the motion for summary judgment by defendant Shaw Industries, Inc. The Honorable Harry S. Mattice, Jr., United States District Judge, having rendered a decision on the defendant's motion,

It is **ORDERED and ADJUDGED**:

that plaintiff Thomas Willard Plank take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that defendant Shaw Industries, Inc. recover of plaintiff Thomas Willard Plank its costs of action.

Dated at *Chattanooga, Tennessee*, this 5th day of February, 2007.

                                              */s/ Patricia L. McNutt*
                                              PATRICIA L. McNUTT
                                              CLERK OF COURT